PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS            :
DISTRICT COUNCIL WELFARE FUND,           :
PENSION FUND, ANNUITY FUND and           :   07 Civ. 6083 (PKC)
TRAINING PROGRAM FUND,                   :
                                         :
                         Plaintiffs,     :
                                         :
            - against -                  :   **DISCLOSURE STATEMENT**
                                         :
ROCCO ROMEO d/b/a R & R ENVIRONMENTAL,   :
INC., ROCCO ROMEO, ROCCO ROMEO d/b/a     :
AMERICAN GENERAL CONTRACTING, R & R      :
ENVIRONMENTAL CONTRACTING, INC., and     :
CLEAN AIR ENVIRONMENTAL, INC.,           :
                                         :
                         Defendants.     :
-----------------------------------------------------------------------X

     1.    This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

     2.    Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund ("Funds") have no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
         June 27, 2007                    PROSKAUER ROSE LLP
                                            Attorneys for Plaintiffs

                                            By: /s/ Sally L. Schneider
                                                Sally L. Schneider
                                            1585 Broadway
                                            New York, New York 10036
                                            (212) 969-3803

                                            sschneider@proskauer.com