

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
ETC., et al.,

        Plaintiff(s),                       Index No. 07 Civ 6083

        -against-                       AFFIDAVIT OF SERVICE

ROMEO d/b/a R & R ENVIRONMENTAL,
INC., et al.,
        Defendant(s).
-------------------------------------------------------X
STATE OF NEW JERSEY  )
          S.S.:
COUNTY OF MONMOUTH  )

        Robert Sydorko, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 5th day of July, 2007, at approximately the time of 10:50 A.M., deponent served a true copy of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING upon Rocco Romeo d/b/a R & R Environmental, Inc. at Two Flintlock Road, Flemington, New Jersey, by personally delivering and leaving the same with Rocco Romeo, Proprietor at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Rocco Romeo is a white male, approximately 55-60 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 175 pounds with balding hair.

_____
ROBERT SYDORKO

Sworn to before me this
17TH day of July, 2007

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com