**TRUSTEES OF THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, ETC., ET AL.**

    V.

**ROMEO D/B/A R & R ENVIRONMENTAL, INC., ET AL.**

**United States District Court**
**Southern District of New York**
**Docket/Index # 07 CV-6083**

**Affidavit of Service**

State of New Jersey

               **SS:**

County of Monmouth

I, **Robert Sydorko** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **July 5, 2007** at **10:50 AM**, deponent served the within named **Summons in a Civil Case and Complaint, Individual Practices of Judge P. Kevin Castel, Guidelines for electronic case filing, Procedures for electronic case filing** upon **Rocco Romeo**. Said service was effected at **2 Flintlock Road, Flemington, NJ** , in the following manner;

By delivering thereat a true copy of each to **Rocco Romeo** personally. Deponent knew said person so served to be the person described as said **Rocco Romeo** therein.

**Rocco Romeo** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin: **White**  Hair: **Bald**  Age(Approx): **55-60**  Ht.(Approx): **5' 8"**  Wt.(Approx): **170-180 lbs**

I Robert Sydorko asked, whether **Rocco Romeo** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **Rocco Romeo** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on July 9, 2007

_____
J. Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

_____
Robert Sydorko, Process Server
Demovsky Lawyer Service
401 Broadway Suite 510
New York, NY 10013