## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
ETC., et al.,

             Plaintiff(s),                   Index No. 07 Civ 6083

        -against-                      AFFIDAVIT OF SERVICE

ROMEO d/b/a R & R ENVIRONMENTAL,
INC., et al.,
             Defendant(s).
-----------------------------------------------------X
STATE OF NEW JERSEY    )
             S.S.:
COUNTY OF MONMOUTH    )

        Robert Sydorko, being duly sworn, deposes and says that he is over the age of

eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 5th day of July, 2007, at approximately the time of 10:50 A.M.,

deponent served a true copy of the SUMMONS IN A CIVIL CASE, COMPLAINT,

INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL, GUIDELINES FOR

ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING upon

Rocco Romeo d/b/a American General Contracting at Two Flintlock Road, Flemington, New

Jersey, by personally delivering and leaving the same with Rocco Romeo, Proprietor at that

address.

D.L.S., Inc.
01 Broadway
te 510
Y, NY 10013
12-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Rocco Romeo is a white male, approximately 55-60 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 175 pounds with balding hair.

_____
ROBERT SYDORKO

Sworn to before me this
18th day of July, 2007

_____
NOTARY PUBLIC

D.L.S., Inc.
01 Broadway
te 510
Y, NY 10013
12-925-1220
www.dlsny.com