| | |
|---|---|
| TRUSTEES OF THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, ETC., ET AL.<br><br>V.<br><br>ROCCO ROMEO D/B/A R & R ENVIRONMENTAL, INC., ET AL. | United States District Court<br>Southern District of New York<br>Docket/Index # 07 CV-6083<br><br>**Affidavit of Service** |

State of New Jersey
                            SS:
County of Monmouth

I, **Robert Sydorko** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **July 5, 2007** at **10:50 AM**, deponent served the within named **Summons in a Civil Case and Complaint, Individual Practices of Judge P. Kevin Castel, Guidelines for electronic case filing, Procedures for electronic case filing** upon **R & R Environmental Contracting, Inc.**. Said service was effected at **R & R Environmental Contracting, Inc., 2 Flintlock Road, Flemington, NJ 08822**, in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Rocco Romeo** personally. Deponent knew said corporation so served to be the corporation described as **R & R Environmental Contracting, Inc.** and knew said individual to be the **President** thereof, an authorized person to accept service of process.

**Rocco Romeo** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin: **White**  Hair: **Bald**  Age(Approx): **55-60**  Ht.(Approx): **5' 8"**  Wt.(Approx): **170-180 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on July 9, 2007

J, Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

Robert Sydorko, Process Server
Demovsky Lawyer Service
401 Broadway Suite 510
New York, NY 10013