UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND,

                              Plaintiffs,                  Case No.:  07 Civ. 6083(PKC)

               -v-

ROCCO ROMEO d/b/a R & R ENVIRONMENTAL,
INC.,  ROCCO ROMEO , ROCCO ROMEO d/b/a
AMERICAN GENERAL CONTRACTING, R & R
ENVIRONMENTAL CONTRACTING, INC., AND
CLEAN AIR ENVIRONMENTAL, INC.,

                              Defendants
------------------------------------------------------------------X

## Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ROCCO ROMEO d/b/a R & R ENVIRONMENTAL, INC.,  ROCCO ROMEO , ROCCO ROMEO d/b/a AMERICAN GENERAL CONTRACTING, R & R ENVIRONMENTAL CONTRACTING, INC., AND CLEAN AIR ENVIRONMENTAL, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.  There are no corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held for either of the corporate defendants.

Date:    July 20, 2007

                                                           _____
                                                           Emanuele J. DeStefano, Esquire
                                                           Attorney Bar Code:  ED6668