UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE MASON TENDERS,
                        Plaintiff,

                -against-


ROCCO ROMEO, et al.,
                        Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/07

07 Civ. 6083 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

I have Ms. Schneider's letter of November 13. Mr. DeStefano is directed to telephone Ms. Schneider upon receipt of this Order to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow the outstanding discovery disputes. Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") no later than November 30, 2007(1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing.

If Mr. DeStafano fails to telephone Ms Schenider by 5 p.m. on November 17, 2007 to arrange the face-to-face conference, then I will entertain an application to strike the defendants' answer and/or other relief.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        November 14, 2007